STRAUSS, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Iona Strauss, as administratrix, etc., of John Strauss, deceased, against the New York, New Haven & Hartford Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

STRINGER, Respondent, v. BARKER et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Gertrude Stringer against George A. Barker and Jacob Berry, as executors, etc., George A. Barker, individually, and others. No opinion. Reargument ordered, and case set down for June 7, 1905.

STRONG, Respondent, v. GOOGINS, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by Mary E. Strong against Emma Googins (otherwise Emma Parker). W. H. Hamilton, for appellant. A. McCulloh, for respondent. No opinion. Judgment affirmed, with costs.

STURSBERG et al., Appellants, v. ABLOWICH, Respondent. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by William Stursberg and others against Julius Ablowich. M. H. Cave, for appellants. A. Furber, for respondent. No opinion. Judgment affirmed, with costs.

SUNDSTROM et al., Respondents, v. DELAWARE & H. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Charles Sundstrom and Frank M. Stratton against the Delaware & Hudson Company. No opinion. Order affirmed by default, with $10 costs and disbursements.

SWEENY, Respondent, v. KELLOGG, Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Mary Sweeny, as administratrix, against L. Laflin Kellogg. L. L. Kellogg, in pro. per. T. J. Swift, for respondent. No opinion. Judgment and order affirmed, with costs.

SWEET, Respondent, v. HOWELL, Appellant. (Supreme Court, Appellate Division, Third Department. May 16, 1905.) Action by George B. Sweet against Joseph Howell, as administrator, etc., of Sophia Howell, deceased. No opinion. Motion granted, unless within 30 days appellant pays to respondent $10 costs, and $10 costs of this motion, and serves his proposed case and exceptions, in which case, motion denied.

SWIFT, Appellant, v. AMERICAN EXCH. NAT. BANK, Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by Charles H. Swift against the American Exchange National Bank. H. L. Carlisle, for appellant. M. H. Cardozo, for respondent. No opinion. Appeal from order dismissed, with $10 costs. Judgment affirmed, with costs.

TAVSHANJIAN, Respondent, v. BOOKER et al., Appellants. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Hovhannes S. Tavshanjian against Charles L. Booker and others. W. J. Curtis and C. E. Souther, for appellants. C. J. Shearn, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer, upon payment of costs in this court and in the court below.

INGRAHAM, J., dissents.

TEN EYCK, Appellant, v. BOOKMAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 10, 1905.) Action by Clarence Ten Eyck, as receiver, etc., against Lucinda Bookman and another.

PER CURIAM. Order modified, so as to provide, as a condition of permitting defendants to answer, that they be required to pay the costs and disbursements awarded by this court on the former appeal herein, together with the costs and disbursements on this appeal, and, as so modified, said order is affirmed, with $10 costs and disbursements to the plaintiff.

WILLIAMS, J., dissents, voting for affirmance on the ground that no order or judgment has ever been entered on the decision of the Appellate Division or served on the defendants, so as to require compliance therewith, under section 1355 of the Code of Civil Procedure and Stevens v. Central National Bank, 162 N. Y. 253, 56 N. E. 628.

HISCOCK, J., dissents on the ground that the appellant has not taken an appeal from the order of which he complains, but simply from the order correcting the same.

TEN EYCK, Appellant, v. BOOKMAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 10, 1905.) Action by Clarence Ten Eyck, as receiver, etc., against Le Roy Bookman and another.

PER CURIAM. Order modified, so as to provide, as a condition of permitting defendants to answer, that they be required to pay the costs and disbursements awarded by this court on the former appeal herein, together with the costs and disbursements on this appeal, and, as so modified, said order is affirmed, with $10 costs and disbursements to the plaintiff.

WILLIAMS, J., dissents, and votes for affirmance, and HISCOCK, J., dissents, upon the grounds stated by them. respectively, in the case of Same Plaintiff v. Lucinda Bookman, Rebecca Ganbee, and others (decision in which is handed down herewith) ubi supra.

TENGWALL FILE & LEDGER CO., Respondent, v. CUTTING, Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by the Tengwall File & Ledger Company against Robert L. Cutting, as trustee, etc. R. L. Cutting. in pro. per. R. Lewis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.